```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CONRAD COOPER,

                              Petitioner,                    11 Civ. 3054 (PKC)
                                                             04 Cr. 801 (PKC)
              -against-
                                                             ORDER
UNITED STATES OF AMERICA,

                              Respondent.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

              In a Memorandum and Order filed November 15, 2011, this Court denied Mr.

Cooper's petition to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255,

asserting that he was denied the effective assistance of counsel in violation of the Sixth

Amendment.  On December 29, 2011, Mr. Cooper filed a notice of appeal of that Memorandum

and Order and the appeal remains pending in the United States Court of Appeals for the Second

Circuit.  Mr. Cooper now moves to amend his petition and also to vacate the judgment under

Rule 60(b), Fed. R. Civ. P.  Both motions are denied.

              Unless a statute or rule provides otherwise, during the pendency of a facially-

valid appeal, the district court lacks jurisdiction to vacate or modify the ruling –or amend the

petition--which is the subject of the appeal.  See Toliver v. County of Sullivan, 957 F.2d 47,

49 (2d Cir. 1992).

CONCLUSION

              The motions (DE #10 & 11; 11 Civ. 3054) are DENIED.

              Petitioner has not made a substantial showing of the denial of a constitutional

right and, accordingly, a certificate of appealability will not issue.  28 U.S.C. § 2253; see Lozada

v. United States, 107 F.3d 1011, 1016-17 (2d Cir. 1997), abrogated on other grounds by United

States v. Perez, 129 F.3d 255, 259-60 (2d Cir. 1997).  This Court certifies pursuant to 28 U.S.C.

§ 1915(a)(3) that any appeal from this order would not be taken in good faith and in forma

pauperis status is denied.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: New York, New York
        September 20, 2012

_____
P. Kevin Castel
United States District Judge