UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                04-cr-801-10 (PKC)

      -against-                             ORDER

CONRAD COOPER,

            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The government is directed to respond to defendant's application for relief under 18 U.S.C. § 3582(c) by July 30, 2021. The defendant may reply by August 20, 2021.

       SO ORDERED.

                                                    P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       June 30, 2021

COPY MAILED TO: Conrad Cooper, FCI Allenwood Medium, Federal Correctional Institution, P.O. BOX 2000, White Deer, PA 17887