UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                              04-cr-801 (PKC)

      -against-                                                           ORDER

CONRAD COOPER,

                                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Defendant Conrad Cooper moves for reconsideration of a Memorandum and Order issued by this Court on January 4, 2013, nearly nine years ago, denying his motion to amend and/or to file a Section 2255 motion. The motion to reconsider is DENIED.

       Cooper has not made a substantial showing of the denial of a constitutional right and, accordingly, a certificate of appealability will not issue. 28 U.S.C. § 2253; see Lozada v. United States, 107 F.3d 1011, 1016–17 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F.3d 255, 259–60 (2d Cir. 1997). This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and *in forma pauperis* status is denied. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

       SO ORDERED.

                                                                      P. Kevin Castel
                                                          United States District Judge

Dated: October 7, 2021
New York, New York